1 McGREGOR W. SCOTT
United States Attorney
2 LAURA D. WITHERS
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
Attorneys for Plaintiff
6 United States of America




IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 1:18-SW-00318-EPG |
|---|---|
| 6135 Avenue 248 Tulare, California, 93724 | [PROPOSED] ORDER GRANTING APPLICATION TO EXTEND RETENTION OF SEIZED ELECTRONIC DEVICES PURSUANT TO SEARCH WARRANTS |

The United States of America, having applied to this Court for an order permitting it to retain sixteen original digital devices seized pursuant to search warrants issued on August 6, 2018, for sixty (60) additional days from the deadlines set forth in the August 6, 2018 search warrants, and to file under seal its application and this order, and good cause appearing thereof,

IT IS ORDERED that the government may retain the sixteen original digital devices seized pursuant to search warrants authorized by this Court on August 6, 2018 in the above-entitled proceedings, until on or before December 4, 2018, absent further order of the Court.

All other deadlines set forth in the search warrants issued in the above-entitled proceedings shall remain in full force and effect pending further order of the Court.

DATED: 10/5/18

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

ORDER RE: APPLICATION TO EXTEND SEIZURE  1